# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

No. 13-1403     **Short Title:** USA v. Hernández-Ubiera

**Type of Action**

- [ ] Civil
- [x] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
 1. Date of entry of judgment or order appealed from 2/27/2013
 2. Date this notice of appeal filed 3/08/13
    If cross appeal, date first notice of appeal filed _____
 3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) n/a
 4. Date of entry of order deciding above post-judgment motion n/a
 5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) n/a
    Time extended to _____

B. Finality of Order or Judgment
 1. Is the order or judgment appealed from a final decision on the merits? [x] Yes [ ] No
 2. If no,
    a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes [x] No
       If yes, explain _____
    b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes [x] No
       If yes, explain _____

C. Has this case previously been appealed? [ ] Yes [x] No
   If yes, give the case name, docket number and disposition of each prior appeal _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes [x] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party United States
   Attorney Rosa E. Rodríguez, U. S. Attorney
   Address Torre Chardon Suite 1201, 350 Chardon St., San Juan P. r,. 00918
   Telephone (787) 766-5656

2. Adverse party _____
   Attorney _____
   Address _____
   Telephone _____

3. Adverse party _____
   Attorney _____
   Address _____
   Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name Pedro Hernandez-Ubiera
   Address Metropolitan Detention Center, P. O. Box 2005, Catano, P. R. 00963-2005
   Telephone (787) 749-4480

   Attorney's name Mireiam Ramos -Grateroles
   Firm Miriam Ramos-Grateroles
   Address PO Box 191352, San Juan, P. R. 00919-1352
   Telephone (797) 296-2529

2. Appellant's name _____
   Address _____
   Telephone _____

   Attorney's name _____
   Firm _____
   Address _____
   Telephone _____

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  s/MIRIAM RAMOS-GRATEROLES

Date  May 22, 2013