OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

February 12, 2015

Pedro Hernandez-Ubiera Reg# 39420-069
FMC Devens
PO Box 879
Ayer MA 01432

      Re:  United States v. Pedro Hernandez-Ubiera
          Appeal No. 13-1403

Dear Mr. Hernandez-Ubiera:

      This will acknowledge receipt of your recent correspondence dated February 9, 2015. Enclosed please find a copy of the complete docket sheet for appeal no. 13-1403, your appeal from lower court no. 12-cr-00433-FAB-SCC-2 (D.P.R.). As you can see, the Anders brief filed by counsel was received and docketed on September 16, 2014 and your pro se response was received and docketed on October 17, 2014. Briefing is complete and the case is now pending with the court. You will be contacted in writing when the court reaches a decision with respect to this matter.

      I hope this information is helpful to you.

      Sincerely,

      /s/ Margaret Carter, Clerk

cc:
Miriam Ramos-Grateroles
Timothy R. Henwood
Dennise Noemi Longo-Quinones
Nelson Jose Perez-Sosa