UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

Appeal No. 13-1403

---

UNITED STATES OF AMERICA
Appellee,

v.

PEDRO HERNANDEZ-UBIERA
Appellant,

---

## APPELLANT'S MOTION TO WITHDRAW APPEAL

NOW COMES the Appellant, Pedro Hernandez-Ubiera, proceeding *pro se*, and moves to voluntarily withdraw his appeal presently pending before the Honorable Court. For reasons therefore, Mr. Hernandez-Ubiera states as follows:

1) On April 2, 2013, the above-captioned appeal was docketed, appealing a decision from the United States District Court for the District of Puerto Rico. See, Notice of Appeal (Doc No. 192).

2) On April 10, 2013, and Order was issued by the Court consolidating Appeal Nos. 13-1346, 13-1403, and

(1)

13-1433 "for purposes of briefing and oral argument."

3) On September 16, 2013, Appellant's Counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1976), and subsequently moved to withdraw from representing your Appellant.

4) On October 17, 2013, your Appellant filed a pro se brief contesting the district court's acceptance of Appellant's guilty plea, and the quantity of drugs attributed to Mr. Hernandez-Ubiera.

5) To the date of filing, the Court has not entered a decision on Mr. Hernandez-Ubiera's appeal.

6) Mr. Hernandez-Ubiera has recently moved the lower court to reduce your Appellant's sentence pursuant to Amendment 782. It appears Mr. Hernandez-Ubiera is eligible for up to a 30-month reduction in his current 151-month sentence. Today, under the Guidelines as amended by Amendment 782, your Appellant's Base Offense Level of 36, was reduced to BOL 34. Incorporating a 2-level reduction under § 3E1.1(a), Mr. Hernandez-Ubiera's amended GSR is 121 - 151 months. See, **Appendix**

7) It is respectfully submitted that a potential sentence reduction to 120-months by the district court may resolve the "quantity of drugs" issue raised in Appellant's pending appeal. The statutory

mandatory minimum sentence to which your Appellant pled guilty in 21 U.S.C. § 846, and 18 U.S.C. § 2, is 10-years.

8) In sum, Mr. Hernandez-Ubiera moves to voluntarily withdraw his appeal in order to file a motion under 18 U.S.C. § 3582(c)(2), in the District Court for the District of Puerto Rico.

Wherefore, for the foregoing reason, Appellant moves to withdraw his appeal and respectfully prays this Honorable Court enter an Order accordingly and direct the Clerk to transmit to the United States District Court for the District of Puerto Rico a certified copy of the Court's Order in lieu of formal mandate.

Respectfully submitted,

Dated: 4-14-15

_____
Pedro Hernandez-Ubiera, pro se
Reg. No. 39420-069
FMC-Devens, Unit J-B
P.O. Box 879
Ayer, Massachusetts 01432

### CERTIFICATE OF SERVICE

I, Pedro Hernandez-Ubiera, hereby certify that a true copy of the foregoing MOTION TO WITHDRAW APPEAL has on this date been served upon Timothy R. Henwood, A.U.S.A., by depositing a copy in the U.S. mails, postage prepaid, addressed as follows: Timothy R. Henwood, U.S. Attorney's Office, 350 Carlos Chardon Avenue, San Juan, Puerto Rico 00918

Dated: 4-14-15

_____

(3)