IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Appellee | * | **APPEAL NO. 13-1403** |
| | * | |
| v. | * | |
| | * | |
| **PEDRO HERNANDEZ-UBIERA** | * | |
| Appellant | * | |

**************************************

### APPELLANT PEDRO HERNANDEZ-UBIERA'S MOTION IN COMPLIANCE WITH ORDER ENTERED ON MAY 19TH, 2015

**TO THE HONORABLE COURT
OF APPEALS FOR THE FIRST CIRCUIT:**

**COMES NOW**, the Appellant Pedro Hernandez-Ubiera through the undersigned court-appointed counsel, and very respectfully states and prays as follows:

1. That on May 19th, 2015, this Honorable Court entered Order, among others, requiring the undersigned counsel to contact and explain to the Appellant the consequences of the motion to withdraw the instant appeal.

2. That the undersigned counsel in full compliance with the Order entered on May 19th, 2015, drafted and mailed a letter for the defendant explaining the consequences of moving to dismiss the instant appeal and enclosed a proposed sworn

statement for the Appellant to consider for filing and requesting the dismissal of the instant appeal.

3. That upon receipt of Appellant's response to our correspondence, we will immediately notify this Honorable Court.

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice of our compliance with the Order entered on May 19th, 2015.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** Rule 4 Local Rules Governing Electronic Filing provides that the Notice of Docket Activity that is generated by the court's electronic filing system constitutes service of the filed document on all ECF Filers. The system identifies which parties in a particular case are ECF filers, such as the U.S. Attorney's Office, U.S. Department of Justice, at Torre Chardón, Suite 1201, 350 Carlos Chardón Street, San Juan, Puerto Rico 00918; Appellant Pedro Hernández-Ubiera, Inmate Registration No. 39420-069, F.M.C. Devens, Federal Medical Center, P.O. Box 879, Ayer, MA 01432.

At San Juan, Puerto Rico, this 25th day of May, 2015.

/s/ **Miriam Ramos-Grateroles, Esq.**
MIRIAM RAMOS-GRATEROLES
Appeal Bar No. 37151
Attorney for Appellant
P.O. Box 191352
San Juan, Puerto Rico 00919-1352
Tel. No. (787) 502-2180
mramosgrateroles@gmail.com
miriamrg@prtc.net