# United States Court of Appeals
## For the First Circuit

_____

No. 13-1403

UNITED STATES,

Appellee,

v.

PEDRO HERNANDEZ-UBIERA,

Defendant-Appellant.

_____

Kayatta, Circuit Judge*
_____

**ORDER OF COURT**

Entered: June 4, 2015

      Counsel for appellant has filed a motion for leave to incur travel expenses to visit appellant. Given the nature of the matter at issue and the reasons proffered by counsel, this Court grants the motion for leave to incur travel expenses. The costs incurred shall be modest. See The Guide to Judiciary Policy, Vol. 7A, Ch. 2, § 230.63.40(c) (noting that "counsel should be guided by the prevailing limitations placed upon travel and subsistence expenses of federal judiciary employees in accordance with existing government travel regulations"). Counsel should contact the CJA Liaison of the Clerk's Office of the United States Court of Appeals for the First Circuit for guidance on making travel arrangements.

      By the Court:

      /s/ Margaret Carter, Clerk.

cc: Miriam Ramos-Grateroles, Timothy R. Henwood, Dennise Noemi Longo-Quinones, Nelson Jose Perez-Sosa

---

* Designee of the Chief Judge, United States Court of Appeals for the First Circuit.