# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Appellee** | * | **APPEAL NO.   13-1403** |
| | * | |
| v. | * | |
| | * | |
| **PEDRO HERNANDEZ-UBIERA** | * | |
| **Appellant** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION IN COMPLIANCE WITH COURT'S ORDER

**TO THE HONORABLE COURT
OF APPEALS FOR THE FIRST CIRCUIT:**

**COMES NOW**, appointed counsel for Appellant Pedro Hernandez-Ubiera, and very respectfully states:

1. Pursuant to the court's order dated June 4, 2015, the undersigned counsel traveled to the Federal Medical Center in Devens, Ayer, Mass., and conferred with the Appellant for almost two (2) hours.

2. The Appellant was duly informed in the Spanish language about the Order of the Court and why we had traveled to the prison, the Anders brief filed, the reasons for its filing, the correctness of the proceedings held by the District Court, the waiving of the appeal and the reasons why, if he

would want to pursue the reduction of his sentence pursuant to the Amendment 782 of November 1st, 2014, he would have to withdraw the appeal before this Court as well as the consequences of moving for the dismissal of the appeal, as well as Amendment 782.   The explanation of the legal proceeding and legal terms were explained in simple comprehensive words.

    3.   Upon concluding the interview, the Appellant informed that he understood our explanation.   The undersigned counsel asked the Appellant if he would continue with the appeal or if he would sign the sworn statement moving for the dismissal of the appeal, which we had sent him by mail several weeks before, and that we had one at hand for his signature.   The Appellant informed that he would think about it and consult the matter with his mother that would visit him the following day.

    4. The interview took place on June 26th, 2015, and up to the filing of this motion appellant has not communicated with the undersigned counsel.

**WHEREFORE,** it is respectfully requested for this Honorable Court to enter to take notice that counsel has complied with the court's order.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** Rule 4 Local Rules Governing Electronic Filing provides that the Notice of Docket Activity that is generated by the court's electronic filing system constitutes service of the filed document on all ECF Filers. The system identifies which parties in a particular case are ECF filers, such as the U.S. Attorney's Office, U.S. Department of Justice, at Torre Chardón, Suite 1201, 350 Carlos Chardón Street, San Juan, Puerto Rico 00918; Appellant Pedro Hernández-Ubiera, Inmate Registration No. 39420-069, F.M.C. Devens, Federal Medical Center, P.O. Box 879, Ayer, MA 01432.

At San Juan, Puerto Rico, this 17th day of July, 2015.

**/s/ Miriam Ramos-Grateroles, Esq.**
MIRIAM RAMOS-GRATEROLES
Appeal Bar No. 37151
Attorney for Appellant
P.O. Box 191352
San Juan, Puerto Rico 00919-1352
Tel. No. (787) 502-2180
mramosgrateroles@gmail.com
miriamrg@prtc.net